PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
GERALYN GULSETH
Special Assistant United States Attorney
      6401 Security Blvd.
      Baltimore, Maryland
      Telephone: (510) 970-4819
      Facsimile: (415) 744-0134
      E-Mail: Geralyn.Gulseth@ssa.gov

Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| RENEE OKAFUJI, | Case No.: 2:22-cv-01802-AC |
| Plaintiff, | STIPULATION FOR AN EXTENSION OF TIME FOR DEFENDANT TO FILE CERTIFIED ADMINISTRATIVE RECORD; [~~PROPOSED~~] ORDER |
| vs. | |
| KILOLO KIJAKAZI, Commissioner of Social Security, | |
| Defendant. | |

With the Court's approval, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to file the Certified Administrative Record shall be extended 45 days to February 27, 2023.

Counsel for the Commissioner apologizes to the Court and to Plaintiff for the delay and this belated request. On reviewing the record, Counsel discovered that the personally identifiable information of an individual other than Plaintiff required redaction. Counsel was advised by the Office of Appellate Operations that preparation of a new record would take longer than usual, because of the way this record was compiled in its system.

Stip. for Extend CAR Filing, 2:22-cv-01802-AC        1

With Court approval, the parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: January 19, 2023         /s/ Jonathan Pena*
                                JONATHAN PENA
                                Attorney for Plaintiff
                                (*signature authorized via e-mail January 19, 2023)

Dated: January 19, 2023         PHILLIP A. TALBERT
                                United States Attorney
                                MATHEW W. PILE
                                Associate General Counsel
                                Office of Program Litigation, Office 7
                                Social Security Administration

                        By:     /s/ Geralyn Gulseth
                                GERALYN GULSETH
                                Special Assistant U.S. Attorney

                                Attorneys for Defendant

## [~~PROPOSED~~] ORDER

Pursuant to the parties' Stipulation, and for good cause shown, IT IS ORDERED that Defendant shall have an extension of 45 days, to February 27, 2023, to file the Certified Administrative Record.

Dated: January 20, 2023

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE