PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
GERALYN GULSETH
Special Assistant United States Attorney
     6401 Security Blvd.
     Baltimore, Maryland
     Telephone: (510) 970-4819
     Facsimile: (415) 744-0134
     E-Mail: Geralyn.Gulseth@ssa.gov

Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| RENEE OKAFUJI,<br><br>        Plaintiff,<br><br>    vs.<br>KILOLO KIJAKAZI,<br>Commissioner of Social Security,<br><br>        Defendant. | Case No.: 2: 22-CV-01802-AC<br><br>STIPULATION FOR SECOND EXTENSION OF TIME FOR DEFENDANT TO FILE CERTIFIED ADMINISTRATIVE RECORD; [~~PROPOSED~~] ORDER |

     With the Court's approval, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to file the Certified Administrative Record (CAR) shall be extended an additional 30 days to March 29, 2023.

     Counsel for the Commissioner apologizes to the Court and to Plaintiff for the additional delay and the second extension.  As stated in the first extension, Counsel determined that there was personally identifiable information related to an individual other than Plaintiff that needed to be redacted.  Unfortunately, the CAR has not been corrected yet, and Defendant needs additional time in which to correct and finalize the CAR.

With Court approval, the parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated:  February 24, 2023          /s/  *Geralyn Gulseth for Jonathan Pena**
                                   JONATHAN PENA
                                   Attorney for Plaintiff
                                   (*signature authorized via e-mail Feb. 24, 2023)

Dated: February 24, 2023           PHILLIP A. TALBERT
                                   United States Attorney
                                   MATHEW W. PILE
                                   Associate General Counsel
                                   Office of Program Litigation, Office 7
                                   Social Security Administration

                           By:     /s/  *Geralyn Gulseth*
                                   GERALYN GULSETH
                                   Special Assistant U.S. Attorney

                                   Attorneys for Defendant

## [~~PROPOSED~~] ORDER

Pursuant to the parties' Stipulation, and for good cause shown, IT IS ORDERED that Defendant shall have an extension to March 29, 2023, to file the Certified Administrative Record.

Dated: February 27, 2023

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE