DOLLY M. TROMPETER, ESQ.
CA Bar ID No. 235784
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA  93721
Telephone: 415-271-8604
Fax: 866-282-6709
dolly@dollydisabilitylaw.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN  DISTRICT OF CALIFORNIA

| | |
|---|---|
| Renee Okafuji,<br><br>             Plaintiff,<br><br>      vs.<br><br>Kilolo Kijakazi, Acting Commissioner of Social Security,<br><br>             Defendant. | Case No. 2:22-cv-01802-AC<br><br>STIPULATION AND |~~PROPOSED~~| ORDER FOR EXTENSION OF TIME |

    IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 60-day extension of time, from May 15, 2023 to July 14, 2023, for Plaintiff to serve on defendant with PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT.  All other dates in the Court's Scheduling Order shall be extended accordingly.

    This is Plaintiff's first request for an extension of time.  Plaintiff Counsel has recently returned from a leave of absence and respectfully states that the

requested extension is necessary due several merit briefs being due on the same week. For the weeks of May 8, 2023 and May 15, 2023, Counsel has 10 merit briefs due. Additionally, Counsel will be attending the NOSSCR's Annual Conference out of state in Washington D.C on May 3, 2023 to May 6, 2023, and requires additional time to brief the issues thoroughly for the Court's consideration. Defendant does not oppose the requested extension. Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

                         Respectfully submitted,

Dated: May 1, 2023        PENA & BROMBERG, ATTORNEYS AT LAW

                         By: */s/ Dolly M. Trompeter*
                             DOLLY M. TROMPETER
                             Attorneys for Plaintiff

Dated: May 1, 2023        PHILLIP A. TALBERT
                             United States Attorney
                             MATHEW W. PILE
                             Associate General Counsel
                             Office of Program Litigation
                             Social Security Administration

                         By:  */s/ Geralyn Gulseth*
                             Geralyn Gulseth
                             Special Assistant United States Attorney
                             Attorneys for Defendant
                             (*As authorized by email on May 1, 2023)

**[PROPOSED] ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: May 2, 2023

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE