UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Renee Okafuji,<br>  Plaintiff,<br> vs.<br>Kilolo Kijakazi, Acting Commissioner of Social Security,<br>  Defendant. | Case No. 2:22-cv-01802-AC<br><br>[~~PROPOSED~~] ORDER FOR PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE AN AMENDED BRIEF |

Based upon the Plaintiff's Motion for an extension of time, for good cause shown, it is ORDERED that that Plaintiff shall have an extension until September 19, 2023, to file an Amended Motion for Summary Judgment. Defendant shall have 14 days or until October 3, 2023, to file her Motion for Summary Judgment. Plaintiff shall have 7 days or until October 10, 2023, to file an optional reply.

  IT IS SO ORDERED.

DATED: September 6, 2023.

              _____
              ALLISON CLAIRE
              UNITED STATES MAGISTRATE JUDGE